IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAYMOND PERRY,

    Petitioner,

v.                                                                   4:20cv322–WS/MAF

MARK S. INCH,

    Respondent.

_____

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed June 23 2020. The magistrate judge recommends that the action be transferred to the Southern District of Florida. Plaintiff Raymond Perry has filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Southern District of Florida, Fort Pierce Division, for all further proceedings.

DONE AND ORDERED this ___27th___ day of ___July___, 2020.

                                              s/ William Stafford
                                              WILLIAM STAFFORD
                                              SENIOR UNITED STATES DISTRICT JUDGE